# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KORTTNEY ELLIOTT,

      Plaintiff,

v.

OSCAR RAUL NEGRETE,

      Defendant.

Case No. 2:25-cv-05824-SB-AJR

ORDER OF DISMISSAL

      Plaintiff filed the complaint on June 26, 2025, and Defendant filed an answer on September 8, 2025.  On September 15, Plaintiff filed a notice of voluntary dismissal.  Pursuant to Federal Rule of Civil Procedure 41(1)(B), the Court dismisses all claims in this action without prejudice.

Date: September 22, 2025

                         Stanley Blumenfeld, Jr.
                       United States District Judge